```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 11337
   MELVIN MCGOWAN JR
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
         Debtor
  SSN XXX-XX-5037


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/25/2007 and was confirmed 09/27/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 04/03/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
HOMEQ SERVICING            CURRENT MORTG           .00           .00           .00
HOMEQ SERVICING            MORTGAGE ARRE      10025.96           .00           .00
IL STATE DISBURSEMENT UN   PRIORITY                .00           .00           .00
CHASE                      UNSEC W/INTER  NOT FILED              .00           .00
CITIBANK                   UNSEC W/INTER  NOT FILED              .00           .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER       325.68            .00           .00
ECAST SETTLEMENT CORP      UNSEC W/INTER        85.16            .00           .00
CITIBANK                   UNSEC W/INTER  NOT FILED              .00           .00
PATRICIA MCGOWAN           NOTICE ONLY    NOT FILED              .00           .00
IL STATE DISBURSEMENT UN   UNSECURED              .00            .00           .00
MARTIN J OHEARN            DEBTOR ATTY       3,000.00                     1,268.28
TOM VAUGHN                 TRUSTEE                                           86.72
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                         1,355.00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                      1,268.28
TRUSTEE COMPENSATION                                   86.72
DEBTOR REFUND                                            .00
                                ---------------    ---------------
TOTALS                          1,355.00            1,355.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 11337 MELVIN MCGOWAN JR